AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the

District of Columbia

| United States of America | ) |
|---|---|
| v. | ) Case: 1:21-cr-00523 |
| ELIAS ELDABBAGH | ) Assigned to: Judge McFadden, Trevor N. |
| | ) Assign Date: 8/17/2021 |
| | ) Description: INDICTMENT (B) |
| Defendant | |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* ELIAS ELDABBAGH,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1343 Wire Fraud
18 U.S.C. § 1957 (Monetary Transaction of Criminally Derived Property)
18 U.S.C. §1028A(a)(1) Aggravated Identity Theft
18 U.S.C. § 2232(a) (Destruction or Removal of Property to Prevent Seizure)
18 U.S.C. §§ 981(a)(1)(C), 982(a)(1), 21 U.S.C. § 853(p), 28 U.S.C. § 2461(c) (Criminal Forfeiture)

Date: 08/17/2021

Robin M. Meriweather
2021.08.17 16:25:51
-04'00'

*Issuing officer's signature*

City and state: Washington, D.C.

Robin M. Meriweather, U.S. Magistrate Judge
*Printed name and title*

---

### Return

This warrant was received on *(date)* AUGUST 18, 2021, and the person was arrested on *(date)* August 20, 2021
at *(city and state)* WASHINGTON D.C.

Date: AUGUST 20, 2021

*Arresting officer's signature*

BRADLEY J. KULKOUSKI  SPECIAL AGENT
*Printed name and title*  IRS-CI