```
*********************
***   TX REPORT   ***
*********************

TRANSMISSION OK

TX/RX NO                    2529
CONNECTION TEL              18666500003
SUBADDRESS
CONNECTION ID
ST. TIME                    09/28 18:41
USAGE T                     02'04
PGS. SENT                   5
RESULT                      OK
```



Citi Delaware                                    A Subsidiary of Citigroup
Global Cash Management Services                  1 Penns Way
                                                 New Castle, DE  19720-000

To: E TRADE                          From: DaPHNNE MINOR

External Phone:                      Phone:  (302) 324-6624

External Fax: 866-650-0003           ~~Internal Fax: (302) 323-5462~~

Date: 9/28/2021                      Number of Pages: ~~5~~ 4

Regarding: FORGED ENDORSEMENT

Comments:
CIT210928-007950

*Adding collection letter*

Daphnne Minor
Fraud Prevention Unit
Citibank Delaware
One Penn's Way
New Castle, DE  19720
302-324-6624

*P/S Call*

**GOVERNMENT EXHIBIT 1**



**TO:**
E-TRADE BANK
671 N. GLEBE RD
16TH FLOOR
ARLINGTON, VA 22203
ATTN FRAUD CHECK CLAIMS

**FROM:**
De Fraud Prevention And Control

**Date:** 28-Sep-2021
**Our Reference:** CIT210928-007950
**Your Reference:** NONE
**Subject:** Case Ref : CIT210928-007950 COLLECTION LETTER

Account Number: ████2975
Account Name: CITIBANK NA CUSTOM OCS
Check Number: 991536681
Check Date: 04/06/2021
Issued Payee: ELIAS ELDABBAGH
Modified Payee:
In the amount of: $230024.22/USD

Claim Type: Forged Endorsement
Reference: Check(s) Returned Without Entry

Daphnne Minor
Fraud Prevention Unit
Citibank Delaware
One Penn's Way
New Castle, DE 19720
302-324-8624

Dear Sir or Madam:

We received the enclosed with advice of the claim
type above.

We have enclosed the following information:
_____ 1. Paid and cancelled check
__X__ 2. Copy of paid check
__X__ 3. Affidavit/Death Certificate
_____ 4. Other Information

We would appreciate your reimbursing us as promptly as possible unless you are in a position to furnish
us with conclusive evidence that the payment has been properly effected.

https://stars-amer.nsroot.net/prweb/SSOServlet/bh0n2xM4-RSrcGzLbeMYQtPTCBPJsHhl...  9/28/2021

# CitiDirect Check Image Delivery



- Print  Close Window
- Check Image Inquiry Results

| Account # | Check # | Amount | Paid Date | Sequence # |
|---|---|---|---|---|
| 2975 | 991536681 | $230,024.22 | 04/15/2021 | 1200722166 |





C# 210928-007950

Citigroup.com                                                           Terms of Use  Privacy

                                                          Copyright © 2003 -2021 Citigroup Inc.

This is a photographic facsimile of the original item, which is unavailable, destroyed or lost. Upon payment of this facsimile we agree to hold your bank harmless from any loss suffered as a result of payment of this facsimile in lieu of the original. Citibank, N.A.

25607269/

# citibank

**AFFIDAVIT OF FORGERY, ALTERATION, COUNTERFEIT OR UNAUTHORIZED REMOTELY CREATED CHECK** PLEASE PRINT LEGIBLY

Do not use for counterfeit official checks or money orders.

Claimant Name (Business or Individual): **ELIAS ELDABBAGH**
Street Address: **2021 L ST NW STE 101-319**
City, State, Zip, Country: **WASHINGTON DC 20036**
Account Number: ____2045
Home Telephone Number: (202) 746-8000
Business Telephone Number: ( -X- )

Date: **04/06/21**
Check/Serial #: **991536681**
Amount: **$230,024.22**
Payable to the Order of: **ELIAS ELDABBAGH**
For additional checks, complete the Addendum to Affidavit of Forgery. Is Addendum attached? ☐ Yes ☑ No

☐ Remotely Created Check   ☑ Forgery   Drawer (i.e., maker): **CITIBANK**
☑ Check   ☐ Alteration   ☐ Counterfeit

This Claim involves a Substitute Check" ☐ Yes ☑ No
"A substitute check is a paper reproduction of the original check that contains an image of the front and back of the original check and bears a legend, "is a legal copy of your check."

☐ Official Check   ☐ Forgery   ☐ Alteration
☐ Money Order   ☐ Lost / Never Received
☐ In-Branch Withdrawal

**The items described above were improperly paid because of a(n) (Check all that apply):**

☐ Drawer's Signature Forged/Unauthorized
The drawer's signature of _____ (drawer's name) on the check or withdrawal order is a forgery or is unauthorized. I did not sign and I did not authorize the signature.

☑ Endorsement Forged / Unauthorized
The Endorsement of **ELIAS ELDABBAGH** _____ (payee's name) on the above check is a forgery. I did not write or authorize the endorsement.

☐ Check (or Remotely Created Check) Amount/Payee Name Altered
The amount of the above check was raised from the original amount of $___ (amount) to $___ (amount). I did not raise the amount of the check and I did not authorize that it be raised. I received no part of the amount of item in excess of the original amount, nor was any part of the excess amount applied to any use or purpose on my behalf.
An unknown person altered the payee's name on the check to make it payable to the order of: _____. I did not alter the payee's name and I did not authorize any alteration.

☐ Counterfeit Check
This check is a counterfeit and was not authorized by me. I received no benefit from the payment of this check.

☐ Unauthorized Remotely Created Check
The remotely created check was not authorized by me and I received no benefit from the issuance of this transaction. The person who issued the remotely created check is not authorized to use the account.

1. I did not receive any benefit or value from proceeds of the check/withdrawal order, and proceeds were not used for any purpose on my behalf.
2. I have not arranged with the person(s) who forged/altered the check/withdrawal order to be reimbursed for proceeds of the check/withdrawal order. I do not carry any insurance applicable to the loss resulting from the forgery/alteration. I suspect: **UNKNOWN** _____ (Suspect Name) of, **UNKNOWN** _____ (Suspect Address), of having forged or altered the item(s) described in this Affidavit, as I have stated above. I believe this person did this under the following circumstances: **UNKNOWN**
3. I, the Claimant, was not negligent in contributing to the forgery/alteration and discovered the forgery/ alteration on **MAY 1, 2021** (date), under the following circumstances: **WHEN REQUESTED CHECK FOR BALANCE OF CLOESED ACCOUNT**
4. If applicable, I am the payee of the check(s). The check(s) were delivered to me under the following circumstances: **ISSUED FOR CLOSURE OF ACCOUNT #____2045**
5. I understand that Citibank is a federally insured bank and that my making any false statements to Citibank in connection with my claims, or to induce Citibank to rely upon those statements, is a crime. I also understand that Citibank or other persons or entities, such as law enforcement may require my assistance in connection with any criminal or civil prosecution of the wrongdoer(s). Should that arise, I agree to cooperate fully, including the giving of testimony and appearing at a trial. Should I refuse to cooperate, Citibank may revoke any settlement it offered or paid to me, including charging the amount of any settlement to any account I hold at Citibank.
6. I declare under penalty of perjury under the laws of the State of **DC** (State) that the foregoing is true and correct.

Claimant's Signature: X **Elias Eldabbagh**   Date: **9/15/2021**
If Claimant is a Business, Print Name/Title of Authorized Signer: _____

State of **District of Columbia**
County of **District of Columbia**
Subscribed and sworn to (or affirmed) before me on this **15th** day of **September**, 20**21**
by **Elias Eldabbagh**, personally known to me or proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

Notary Public Signature: _____

District of Columbia
Signed and sworn to (or affirmed) before me
on **9/15/2021** by **Elias Eldabbagh**
Name(s) of individual(s) making statement

Signature of Notarial Officer
Title of Office: **Notary Public**
My commission expires: **11/30/2025**

Notary Seal: IMANI HOOD / NOTARY PUBLIC / MY COMMISSION EXPIRES 11/30/2025 / DISTRICT OF COLUMBIA

© 2013 Citibank
Citibank, N.A. Member FDIC.

**GOVERNMENT EXHIBIT 1**