

**AFFIDAVIT OF FORGERY, ALTERATION, COUNTERFEIT OR UNAUTHORIZED REMOTELY CREATED CHECK** PLEASE PRINT LEGIBLY
**Do not use for counterfeit official checks or money orders.**

| Claimant Name (Business or Individual) | Account Number |
|---|---|
| Street Address | Home Telephone Number ( ) |
| City, State, Zip, Country | Business Telephone Number ( ) |

**DESCRIBE THE DISPUTED ITEM** (Select type of item/transaction and enter details)

☐ Remotely Created Check
☐ Check
   ○ Forgery
   ○ Alteration
   ○ Counterfeit

Date | Check/Serial # | Amount $ | For additional checks, complete the Addendum to Affidavit of Forgery. Is Addendum attached?  ☐ Yes ☐ No

Drawer (i.e., maker) | Payable to the Order of

**This Claim involves a Substitute Check*** ☐ Yes ☐ No
*A substitute check is a paper reproduction of the original check that contains an image of the front and back of the original check and bears a legend, "is a legal copy of your check."

☐ Official Check
☐ Money Order
   ○ Forgery
   ○ Alteration
   ○ Lost / Never Received
   **Must select "Endorsement Forged/Unauthorized" below**

Date Purchased: | Check/Serial # | Purchaser Name:
Amount: $ | Payee Name:

☐ In-Branch Withdrawal
Date: | Amount: $ | For additional withdrawals, complete the Addendum to Affidavit of Forgery. Is Addendum attached? ☐ Yes ☐ No

**CLAIM DESCRIPTION**
The items described above were improperly paid because of a(n) (Check all that apply):

☐ **Drawer's Signature Forged/Unauthorized**
The drawer's signature of _____(drawer's name) on the check or withdrawal order is a forgery or is unauthorized. I did not sign and I did not authorize the signature.

☐ **Endorsement Forged / Unauthorized**
The Endorsement of _____(payee's name) on the above check is a forgery. I did not write or authorize the endorsement.

☐ **Check (or Remotely Created Check) Amount/Payee Name Altered**
The amount of the above check was raised from the original amount of $_____(amount) to $_____(amount). I did not raise the amount of the check and I did not authorize that it be raised. I received no part of the amount of item in excess of the original amount, nor was any part of the excess amount applied to any use or purpose on my behalf.
An unknown person altered the payee's name on the check to make it payable to the order of:_____. I did not alter the payee's name and I did not authorize any alteration.

☐ **Counterfeit Check**
This check is a counterfeit and was not authorized by me. I received no benefit from the payment of this check.

☐ **Unauthorized Remotely Created Check**
The remotely created check was not authorized by me and I received no benefit from the issuance of this transaction. The person who issued the remotely created check is not authorized to use the account.

**CLAIMANT'S STATEMENTS**

1. I did not receive any benefit or value from proceeds of the check/withdrawal order, and proceeds were not used for any purpose on my behalf.
2. I have not arranged with the person(s) who forged/altered the check/withdrawal order to be reimbursed for proceeds of the check/withdrawal order. I do not carry any insurance applicable to the loss resulting from the forgery/alteration. I suspect: _____(Suspect Name) of, _____(Suspect Address), of having forged or altered the item(s) described in this Affidavit, as I have stated above. I believe this person did this under the following circumstance: _____.
3. I, the Claimant, was not negligent in contributing to the forgery/alteration and discovered the forgery/ alteration on _____(date), under the following circumstances: _____.
4. If applicable, I am the payee of the check(s). The check(s) were delivered to me under the following circumstances: _____.
5. I understand that Citibank is a federally insured bank and that my making any false statements to Citibank in connection with my claims, or to induce Citibank to rely upon those statements, is a crime. I also understand that Citibank or other persons or entities, such as law enforcement may require my assistance in connection with any criminal or civil prosecution of the wrongdoer(s). Should that arise, I agree to cooperate fully, including the giving of testimony and appearing at a trial. Should I refuse to cooperate, Citibank may revoke any settlement it offered or paid to me, including charging the amount of any settlement to any account I hold at Citibank.
6. I declare under penalty of perjury under the laws of the State of _____(State) that the foregoing is true and correct.

| Claimant's Signature  X | Date | If Claimant is a Business, Print Name/Title of Authorized Signer |
|---|---|---|

State of _____
County of _____

On _____ before me, _____ (officer's name and title),
Personally appeared _____, who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or entity upon behalf of which the person(s) acted, executed this instrument.
I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.
WITNESS my hand and official seal.

Notary Seal

_____
Notary Public Signature

**GOVERNMENT EXHIBIT 2**

© 2013 Citibank
Citibank, N.A. Member FDIC.

10-2013 – CA VERSION