

**DEPARTMENT OF THE TREASURY**
Internal Revenue Service
Criminal Investigation

## Memorandum of Interview

| | | | |
|---|---|---|---|
| **Investigation #:** | 1000309894 | **Location:** | Washington D.C. Field Office |
| **Investigation Name:** | ELIAS ELDABBAGH | | 1200 1st St. NE |
| **Date:** | January 19, 2022 | | Washington, D.C. 20002 |
| **Time:** | 5:15 P.M.– 5:30 P.M. | | |
| **Participant(s):** | ▓▓▓▓▓, Owner/Operator DC Mobile Notary Now | | |
| | Brad Kilkowski, Special Agent | | |
| | Matthew LeBrun, Special Agent | | |

On the above date and approximate times, Internal Revenue Service Criminal Investigation (IRS-CI) special agents Brad Kilkowski (SA Kilkowski) and Matthew LeBrun (SA LeBrun) interviewed Ammani Hood (Hood) at the Washington D.C. Field Office (WDCFO) located at 1200 1st St. NE, Washington D.C. 20002. Prior to the interview, SA Kilkowski and SA LeBrun introduced themselves and presented their credentials for inspection. SA Kilkowski told Hood that the interview was voluntary, and that Hood could end the interview at any time. During the interview, Hood stated the following:

1. Name: Ammani Hood
   Title: Owner DC Mobile Notary Now (DMNN)
   Phone: ▓▓▓▓▓
   Email: ▓▓▓▓▓

2. Hood owns DMNN and has been a registered notary in D.C. since April 2021. DMNN offers mobile notary services and provides services to approximately three (3) clients per week. Hood also works for D.C. Public Schools (DCPS).

3. Potential clients typically contact Hood by phone and arrange an appointment. Hood travels to their location to notarize their document(s). Clients must show Hood identification, typically a drivers license or a passport, for her to notarize their signature. Hood does not retain any documents from the client but keeps a record of the meeting.

SA Kilkowski handed a copy of the CitiBank Affidavit of Forgery, Alteration, Counterfeit or Unauthorized Remotely Created Check signed by ELIAS ELDABBAGH (ELDABBAGH) (The Affidavit; see Exhibit 1). Prior to any questions about the document, Hood told the special agents that she remembered the name and recalled notarizing the document somewhere near Georgia Ave. Hood opened a small binder and reviewed a record of the transaction. After reviewing the affidavit and her record of the transaction, Hood stated the following:

**GOVERNMENT EXHIBIT 3**

4. Hood confirmed that she notarized the signature on the affidavit on September 15, 2021. Hood notarized the signature on the affidavit at the residence located at 642 Columbia Rd. NW, Washington, D.C.

5. ELDABBAGH showed Hood a California state driver's license to confirm his identity so that she could notarize his signature on the affidavit. In addition to notarizing the signature, Hood had ELDABBAGH raise his hand and make a sworn statement under the penalty of perjury.

6. Hood does not recall anything unusual from the transaction, and that it was a standard mobile notary service. Hood did not recall anyone else in the home when the document was notarized.

7. Hood could not recall the exact amount ELDABBAGH paid her, but estimated the payment she received between $27 and $50. Payment was most likely made using PayPal.

8. SA Kilkowski showed Hood a picture of ELDABBAGH (Exhibit 2). Hood confirmed that ELDABBAGH was the same person whose signature she notarized on September 15, 2021.

SA Kilkowski and SA LeBrun thanked Hood for her time and terminated the interview at approximately 5:30 p.m. I prepared this memorandum on January 20, 2022, after refreshing my memory from notes taken during and immediately after the interview with Hood.

Brad Kilkowski
Special Agent

Special Agent

# Exhibit 1

**citibank**

**AFFIDAVIT OF FORGERY, ALTERATION, COUNTERFEIT OR UNAUTHORIZED REMOTELY CREATED CHECK** PLEASE PRINT LEGIBLY
Do not use for counterfeit official checks or money orders.

Claimant Name (Business or Individual): **ELIAS ELDABBAGH**
Account Number: ****2045
Street Address: **2021 L ST NW STE 101-319**
Home Telephone Number: ( 202 ) 746-8000
City, State, Zip, County: **WASHINGTON DC 20036**
Business Telephone Number: ( - X - ) - - - - - - - -

| | | Date | Check/Serial # | Amount | For additional checks, complete the Addendum to Affidavit of Forgery. Is Addendum attached? ☐ Yes ☒ No |
|---|---|---|---|---|---|
| ☐ Remotely Created Check ☒ Check | ☒ Forgery ☐ Alteration ☐ Counterfeit | 04/06/21 | 991536681 | $230,024.22 | Drawer (i.e., maker): **CITIBANK**   Payable to the Order of: **ELIAS ELDABBAGH** |

This Claim Involves a Substitute Check ☐ Yes ☒ No
*"A substitute check is a paper reproduction of the original check that contains an image of the front and back of the original check and bears a legend, "is a legal copy of your check."*

| | | Date Purchased: | Check/Serial # | Purchaser Name: | |
|---|---|---|---|---|---|
| ☐ Official Check ☐ Money Order | ☐ Forgery ☐ Alteration ☐ Lost / Never Received  Must select "Endorsement Forged/Unauthorized" below | | Amount $ | Payee Name: | |
| ☐ In-Branch Withdrawal | | Date: | Amount: $ | | For additional withdrawals, complete the Addendum to Affidavit of Forgery. Is Addendum attached? ☐ Yes ☐ No |

**Claim Description**
The items described above were improperly paid because of a(n) (Check all that apply):

☐ **Drawer's Signature Forged/Unauthorized**
The drawer's signature of _____ (drawer's name) on the check or withdrawal order is a forgery or is unauthorized. I did not sign and I did not authorize the signature.

☒ **Endorsement Forged / Unauthorized**
The Endorsement of **ELIAS ELDABBAGH** _____ (payee's name) on the above check is a forgery. I did not write or authorize the endorsement.

☐ **Check (or Remotely Created Check) Amount/Payee Name Altered**
The amount of the above check was raised from the original amount of $_____ (amount) to $_____ (amount). I did not raise the amount of the check and I did not authorize that it be raised. I received no part of the amount of item in excess of the original amount, nor was any part of the excess amount applied to any use or purpose on my behalf.
An unknown person altered the payee's name on the check to make it payable to the order of: _____. I did not alter the payee's name and I did not authorize any alteration.

☐ **Counterfeit Check**
This check is a counterfeit and was not authorized by me. I received no benefit from the payment of this check.

☐ **Unauthorized Remotely Created Check**
The remotely created check was not authorized by me and I received no benefit from the issuance of this transaction. The person who issued the remotely created check is not authorized to use the account.

**Claimant's Statement**

1. I did not receive any benefit or value from proceeds of the check/withdrawal order, and proceeds were not used for any purpose on my behalf.
2. I have not arranged with the person(s) who forged/altered the check/withdrawal order to be reimbursed for proceeds of the check/withdrawal order. I do not carry any insurance applicable to the loss resulting from the forgery/alteration. I suspect: **UNKNOWN** _____ (Suspect Name) of, **UNKNOWN** _____ (Suspect Address), of having forged or altered the item(s) described in this Affidavit, as I have stated above. I believe this person did this under the following circumstances: **UNKNOWN**
3. I, the Claimant, was not negligent in contributing to the forgery/alteration and discovered the forgery/alteration on **MAY 1, 2021** (date), under the following circumstances: **WHEN REQUESTED CHECK FOR BALANCE OF CLOESED ACCOUNT**
4. If applicable, I am the payee of the check(s). The check(s) were delivered to me under the following circumstances: **ISSUED FOR CLOSURE OF ACCOUNT ****2045**
5. I understand that Citibank is a federally insured bank and that my making any false statements to Citibank in connection with my claims, or to induce Citibank to rely upon those statements, is a crime. I also understand that Citibank or other persons or entities, such as law enforcement may require my assistance in connection with any criminal or civil prosecution of the wrongdoer(s). Should that arise, I agree to cooperate fully, including the giving of testimony and appearing at a trial. Should I refuse to cooperate, Citibank may revoke any settlement it offered or paid to me, including charging the amount of any settlement to any account I hold at Citibank.
6. I declare under penalty of perjury under the laws of the State of **DC** _____ (State) that the foregoing is true and correct.

Claimant's Signature: X _Elias Eldabbagh_   Date: 9/15/2021
If Claimant is a Business, Print Name/Title of Authorized Signer: _____

State of **District of Columbia**
County of **District of Columbia**
Subscribed and sworn to (or affirmed) before me on this **15th** day of **September**, 20**21**
by **Elias Eldabbagh** _____, personally known to me or proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

Notary Seal: [IMANI HOOD, NOTARY PUBLIC, MY COMMISSION EXPIRES 11/30/2025, DISTRICT OF COLUMBIA]

Notary Public Signature: _signature_
© 2013 Citibank
Citibank, N.A. Member FDIC

District of Columbia
Signed and sworn to (or affirmed) before me on **9/15/2021** by **Elias Eldabbagh**
Date     Name(s) of Individual(s) making Statement

_signature_
Signature of Notarial Officer

Title or Office: **Notary Public**

My commission expires: **11/30/2025**

