**April 1 - April 30, 2021**
**ELIAS ELDABBAGH** ▮▮▮▮7483
Citigold Account



## Savings

### Citi® Savings ▮▮▮▮2045

Citi® Savings Account Activity

| Date | Description | Amount Subtracted | Amount Added | Balance |
|---|---|---|---|---|
| 04/01/21 | Opening Balance | | | 230,020.44 |
| 04/06/21 | Interest for 5 days, Annual Percentage Yield Earned 0.12% | | 3.78 | 230,024.22 |
| 04/06/21 | Other Withdrawal | 230,024.22 | | 0.00 |
| | Total Subtracted/Added | 230,024.22 | 3.78 | |
| 04/30/21 | Closing Balance | | | 0.00 |

*This is your final Savings/Money Market Account statement. Your Savings/Money Market Account is now closed.*

### Citi® Savings ▮▮▮▮8649

Citi® Savings Account Activity

| Date | Description | Amount Subtracted | Amount Added | Balance |
|---|---|---|---|---|
| 04/26/21 | Opening Balance | | | 0.00 |
| 04/30/21 | Closing Balance | | | 0.00 |

*The balance in your Money Market Account is zero. Please note that if you maintain a zero balance for 90 consecutive days, we will consider the account inactive and will close it. We appreciate your business and we hope you will keep your account open. To do so, simply make a deposit.*