

**April 1, 2021 - April 30, 2021**
**Account Number:** ▮1226
**Account Type:** INDIVIDUAL

E*TRADE Securities LLC
P.O. Box 484
Jersey City, NJ 07303-0484
1-800-503-9260
etrade.com Member FINRA/SIPC

**Customer Update:**
*Invest to make an impact.*
Learn how sustainable investing offers growth potential while supporting your values at *us.etrade.com/knowledge/sustainable-investing.*

E*TRADE Platinum Investment Account

ELIAS ELDABBAGH
2021 L ST NW
STE 101-365
WASHINGTON DC  20036-4909

## Account At A Glance



$433,337.01 — As of 03/31/21
$889,087.63 — As of 04/30/21

**Net Change:**   $455,750.62

---

ELIAS ELDABBAGH
2021 L ST NW
STE 101-365
WASHINGTON DC  20036-4909

**Use This Deposit Slip**         **Acct:** ▮1226

**Please do not send cash**

Make checks payable to E*TRADE Securities LLC

| Dollars | Cents |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |

**TOTAL DEPOSIT**

Mail deposits to:

E*TRADE SECURITIES LLC
P.O. Box 484
Jersey City, NJ 07303-0484

**GOVERNMENT EXHIBIT 5**



# E*TRADE Platinum Investment Account

**Statement Period:** April 1, 2021 - April 30, 2021

**Account Type:** INDIVIDUAL

-1226

## WITHDRAWALS & DEPOSITS

| DATE | TRANSACTION TYPE | DESCRIPTION | WITHDRAWALS | DEPOSITS |
|---|---|---|---|---|
| 04/01/21 | Transfer | TRANSFER FROM XXXX1941-1 REFID:20672744906; | | 10,000.00 |
| 04/01/21 | Transfer | TRANSFER FROM XXXX6025-1 REFID:20717899906; | | 10,000.00 |
| 04/05/21 | Transfer | TRANSFER FROM XXXXXX2256 REFID:21029798906; | | 4,500.00 |
| 04/05/21 | Transfer | TRANSFER FROM XXXXXX1960 REFID:21029850906; | | 4,100.00 |
| 04/05/21 | Transfer | TRANSFER FROM XXXXXX7562 REFID:21029932906; | | 4,364.59 |
| 04/05/21 | Transfer | TRANSFER FROM XXXXXX1952 REFID:21029979906; | | 4,139.02 |
| 04/07/21 | Transfer | TRANSFER FROM XXXXXX7562 REFID:21203846906; | | 9,996.83 |
| 04/07/21 | Transfer | TRANSFER FROM XXXXXX7562 REFID:21207166906; | | 20,000.00 |
| 04/09/21 | Fee | FOREIGN TRANSACTION FEE CRO ST JULIANS, ML, MT REFID:MDJY3P4K2; | 1.54 | |
| 04/09/21 | POS | CRO ST JULIANS, ML, MT REFID:MDJY3P4K2; | 154.48 | |
| 04/12/21 | Fee | MARCH 2021 MKT DATA FEE REFID:NYSE-1618078231-6990; | 15.00 | |
| 04/12/21 | Fee | MARCH 2021 MKT DATA FEE REFID:NSDQ-1618078834-14039; | 9.00 | |
| 04/12/21 | Transfer | TRANSFER FROM XXXX6025-1 REFID:21638396906; | | 500.00 |
| 04/14/21 | Transfer | TRANSFER FROM XXXXXX2256 REFID:21876812906; | | 15,000.00 |
| 04/14/21 | Transfer | TRANSFER FROM XXXXXX1952 REFID:21876922906; | | 11,000.00 |
| 04/14/21 | Transfer | TRANSFER FROM XXXXXX1960 REFID:21877028906; | | 16,460.00 |
| 04/14/21 | Transfer | TRANSFER FROM XXXXXX7562 REFID:21877354906; | | 2,880.11 |
| 04/14/21 | Deposit | CHECK DEPOSIT | | 230,024.22 |

E*TRADE Securities LLC • PO Box 484, Jersey City, NJ 07303-0484 • www.etrade.com • 1-800-503-9260 • Member FINRA/SIPC