GOVERNMENT EXHIBIT 6

Pictures

Record 1

| | |
|---|---|
| Tags | |
| Image | (photograph of a Citibank check payable to ELIAS ELDABBAGH for $230,024.22, check number 991536681, dated 04/06/21, memo "CLOSE ******2045") |
| File Name | IMG_0012.HEIC |
| File Extension | .HEIC |
| Created Date/Time - UTC+00:00 (M/d/yyyy) | 4/14/2021 11:42:07 PM |
| Last Accessed Date/Time - UTC+00:00 (M/d/yyyy) | 9/10/2021 1:05:55 AM |
| Last Modified Date/Time - UTC+00:00 (M/d/yyyy) | 4/14/2021 11:42:08 PM |
| Size (Bytes) | 1677773 |
| Skin Tone Percentage | 26.0 |
| Original Width | 3024 |
| Original Height | 4032 |
| Exif Extraction Status | Complete |
| Created Date/Time - Local Time (yyyy-mm-dd) | 2021-04-14 15:41:20 |

Pictures

| | |
|---|---|
| Modified Date/Time - Local Time | 2021-04-14 15:41:20 |
| Software | 14.4.2 |
| Make | Apple |
| Model | iPhone 12 Pro Max |
| Lens Model | iPhone 12 Pro Max back triple camera 5.1mm f/1.6 |
| GPS Latitude | 38°55'41.12" |
| GPS Latitude Reference | North |
| GPS Longitude | 77°1'19.73" |
| GPS Longitude Reference | West |
| Altitude (meters) | 53.2027512 |
| Exif Data | Extraction Result: Complete<br>ImageWidth: 4032<br>ImageHeight: 3024<br>DateTimeOriginal: 04/14/2021 15:41:20<br>CreateDate: 04/14/2021 15:41:20<br>ModifyDate: 04/14/2021 15:41:20<br>Software: 14.4.2<br>Make: Apple<br>Model: iPhone 12 Pro Max<br>LensModel: iPhone 12 Pro Max back triple camera 5.1mm f/1.6<br>GPSLongitude: -77.022147<br>GPSLatitude: 38.928089<br>GPSAltitude: 53.2027512 |
| MD5 Hash | 365c5d144cc9f412a13bdade3a3e0740 |
| SHA1 Hash | e818f7e4ffacd13595675e98d030336dd04eb7f7 |
| Potential Original Media | Yes |
| _rawData | [Binary data] |
| Source | • PhysicalDrive3 - Partition 2 (Microsoft NTFS, 63.66 TB) PEGASUS #2 [G:\] - [ROOT]\CIS CASES\1000309894 - ELIAS ELDABBAGH - Brad Kilkowski\Evidence\cellebrite\00008101-001C05162611001E_files_partial-afu.zip\private\var\mobile\Media\DCIM\100APPLE\IMG_0012.HEIC |
| Location | • n/a |
| Evidence number | • PhysicalDrive3 Promise Pegasus32 R8 SCSI Disk Device (63.66 TB) |
| Recovery method | • Parsing |