

███████ Consulting, LLC
██████
Washington DC, 20005

11/13/2019

Dear Elias Eldabbagh:

I am pleased to offer you the position of IT Consultant at ███████ Consulting, LLC. The offered position is full-time beginning on 11/18/2019, at an annual salary of $85,000. Upon successful completion of 90 days your annual salary will be increased to $90,000. You will be paid every two weeks.

Beginning your first day of employment, you are eligible for all of the benefit programs. In the early stages of your employment, you will receive additional benefits information. As a new employee of ███████ Consulting, LLC, you are strongly encouraged to sign up for Direct Deposit with a financial institution of your choosing.

Bonus (or Commission) Potential: Effective upon satisfactory completion of the first 90 days of employment, and based upon the goals and objectives agreed to in the performance development planning process with your manager, you may be eligible for a bonus. The bonus plan for this year and beyond, should such a plan exist, will be based on the formula determined by the company for that year.

Profit Sharing ███████ strives to share profits with its employees. ███████ will share profits with employees based on business development completely driven by the employee. Upon 90 days completion of employee driven new business, profits for the newly signed business will become available to the employee. The profit sharing rate is available at a pre-determined rate reviewed annually.

Benefits: The current, standard company health, vision, and dental insurance coverage are generally supplied per company policy. Eligibility for other benefits, including the 401(k) and tuition reimbursement, will generally take place per company policy. Employee contribution to payment for benefit plans is determined annually.

You may indicate acceptance of this position by signing below and returning a signed copy of this letter to me. Please feel free to call me if you have any questions about the terms of this offer. Welcome to ███████████████ We are delighted to have you join the team and I look forward to working with you.

Sincerely,


███████████████████
Managing Partners

*I acknowledge receipt of this letter and I accept the position offered*

**Signature** _____   Date November 13, 2019

11/13/2019